IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS, TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT NEWBERRY, individually, ROBERT NEWBERRY, individually and doing business as GOLDEN GATE CRANE & RIGGING, INC., SUE NEWBERRY, individually, SUE NEWBERRY, individually and doing business as GOLDEN GATE CRANE & RIGGING, INC., GOLDEN GATE CRANE & RIGGING, INC., a California corporation, and DOES ONE through TEN, inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-05396 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby **GRANTS** plaintiffs' *ex parte* application to continue the case management conference to **JANUARY 18, 2007, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: December 6, 2006.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE