United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS, TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, | No. C 06-05396 WHA |
| Plaintiffs, | |
| v. | **REMINDER NOTICE OF UPCOMING TRIAL AND FINAL PRETRIAL CONFERENCE** |
| GOLDEN GATE CRANE & RIGGING, INC., A California Corporation, | |
| Defendants. | |

This notice serves as a friendly reminder that this case remains set for a **FINAL PRETRIAL CONFERENCE** on **JANUARY 7, 2008**, at **2:00 P.M.**, with a **JURY TRIAL** on **JANUARY 14, 2008**. Please consult the existing case management order and review and follow all standing guidelines and orders of the undersigned for civil cases on the Court's website at http://www.cand.uscourts.gov. Continuances will rarely be granted.

The final pretrial conference will be an important event, for it will be there that the shape of the upcoming trial will be determined, including *in limine* orders, time limits and exhibit mechanics. Lead trial counsel must attend.

1   To avoid any misunderstanding with respect to the final pretrial conference and trial, the
2   Court wishes to emphasize that all filings and appearances must be made — on pain of
3   dismissal, default or other sanction — unless and until a dismissal fully resolving the case is
4   received. It will not be enough to inform the clerk that a settlement in principle has been
5   reached or to lodge a partially executed settlement agreement or to lodge a fully executed
6   agreement (or dismissal) that resolves less than the entire case. Where, however, a
7   fully-executed and unconditional settlement agreement clearly and fully disposing of the entire
8   case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial act
9   remains, the Court will arrange a telephone conference to work out an alternate procedure
10  pending a formal dismissal.

11  In order to evaluate whether the Court can be of further ADR assistance, please file a
12  joint report within fourteen days of service of this order describing the progress and status of
13  your ADR efforts to date and any further ADR recommendations by the parties.

14  In this case, the Court wishes to consider the following additional trial procedures and
15  desires that counsel meet and confer and reach a stipulation concerning whether and how to use
16  them:

17      1.   Scheduling opposing experts so as to appear in successive order;
18      2.   Giving preliminary instructions on the law;
19      3.   Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39 of
20           the Arizona Rules of Civil Procedure); and
21      4.   Allowing each side fifteen minutes of opening/argument time to be
22           used during the evidence time (in addition to normal opening statement and
23           closing argument).

24  Please present the results of your stipulation (or not) in the joint pretrial conference
25  submissions.

27  Dated: November 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2