IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS and JOHN BONILLA, *et al.*,

    Plaintiffs,

  v.

GOLDEN GATE CRANE & RIGGING, INC.,

    Defendant.

KEN WALTERS and JOHN BONILLA, *et al.*,

    Plaintiffs,

  v.

GOLDEN GATE CRANE & RIGGING, INC.,
ROBERT NEWBERRY, SUE NEWBERRY, *et al.*,

    Defendants.

No. C 06-01906 WHA

Consolidated With

No. C 06-05396 WHA

**ORDER OF REFERRAL FOR ASSIGNMENT TO MAGISTRATE JUDGE**

All matters related to post-judgment collections in these consolidated ERISA actions, including the two pending applications for orders to appear for examination, are hereby referred for assignment to a magistrate judge. The pending applications will be heard and considered at the convenience of the magistrate judge's calendar. Counsel will be advised of the date, time, and place of the hearing by notice from the magistrate judge's chambers.

**IT IS SO ORDERED.**

Dated: June 3, 2011.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE