1  Muriel B. Kaplan, Esq. (SBN 124607)
   Shaamini A. Babu, Esq. (SBN 230704)
2  Julie A. Ostil, Esq. (SBN 215202)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery St., Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287–Facsimile
5  mkaplan@sjlawcorp.com
   jostil@sjlawcorp.com
6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  (OAKLAND DIVISION)

11
   KEN WALTERS and JOHN BONILLA, in          Case No.: C06-1906 WHA [DMR]
12 their respective capacities as Trustees of the
   OPERATING ENGINEERS HEALTH AND            Consolidated With
13 WELFARE TRUST FUND FOR NORTHERN
   CALIFORNIA, et al.,                       Case No.: C06-5396 WHA [DMR]
14
           Plaintiffs,                       [PROPOSED] AMENDED ORDER
15                                           SETTING DEBTOR'S EXAMINATION
   v.                                        ROBERT NEWBERRY, IN HIS
16                                           CAPACITY AS AN OFFICER OF
   GOLDEN GATE CRANE & RIGGING, INC.,        JUDGMENT DEBTOR GOLDEN GATE
17                                           CRANE & RIGGING, INC.  AS MODIFIED
           Defendant.
18
   KEN WALTERS and JOHN BONILLA, in
19 their respective capacities as Trustees of the
   OPERATING ENGINEERS HEALTH AND
20 WELFARE TRUST FUND FOR NORTHERN
   CALIFORNIA, et al.,
21
22         Plaintiffs,
23 v.
24 GOLDEN GATE CRANE & RIGGING, INC.,
   ROBERT NEWBERRY, SUE NEWBERRY,
25 et al.,
26         Defendants.
27

28 ///                                                            -1-
   [PROPOSED] ORDER SETTING GOLDEN GATE CRANE & RIGGING, INC.DEBTOR'S EXAMINATION
          CASE NO.: C06-1906 WHA [DMR] & C06-5396 WHA [DMR]
   G:\DMRALL\CASES\CIVIL\2006 CLOSED\Consolidated cases 06.1906.WHA and 06.5396.WHA.Walters et al\FILED.06-5396.Amended Order Setting Golden Gate Crane & Rigging Judgment
   Debtor's Exam 011712.DOC

1    Pursuant to Order Re Plaintiffs' Request for Reconsideration of January 3, 2012 Order

2    (Docket No. 113), and Good Cause Appearing therefore,

3        IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

4        1.    Robert Newberry, as an officer of Judgment Debtor Golden Gate Crane & Rigging,

5    Inc. shall personally appear on **April 25, 2012 at 9:30 a.m.** at Oakland Courthouse, Courtroom 4 -

6    3rd Floor, 1301 Clay Street, Oakland, CA 94612, California before the Magistrate Judge Donna

7    M. Ryu then and there to be examined on oath concerning Judgment Debtor's property or other

8    matters material to the proceeding.

9        2.    Judgment Creditors shall personally serve Robert Newberry, officer of Judgment

10   Debtor Golden Gate Crane & Rigging, Inc., with a copy of this Order and shall provide proof of

11   such service to the Court not less than five (5) days before the Judgment Debtor Examination.

12       3.    Should Judgment Debtor fail or refuse to appear at the Judgment Debtor

13   Examination herein scheduled, or to produce the documents pursuant to F.R.C.P. 34, this Court

14   may certify the facts of the Judgment Debtor's contempt to the District Court pursuant to 28 U.S.C.

15   § 636(e), and the District Court may adjudicate Judgment Debtor guilty of civil contempt of its

16   orders and may issue a warrant or seizure order to compel compliance with this Order.

17       DATED this 17th day of January, 2012

18       _____

19       UNITED STATES MAGISTRATE JUDGE
         DONNA M. RYU

20

21

22

23

24

25

26

27

28

-2-

**[PROPOSED]** ORDER SETTING GOLDEN GATE CRANE & RIGGING, INC.DEBTOR'S EXAMINATION
CASE NO.: C06-1906 WHA [DMR] & C06-5396 WHA [DMR]