UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, et al., | No. C-06-01906 WHA (DMR) |
| Plaintiffs, | Consolidated with |
| v. | No. C-06-05396 WHA (DMR) |
| GOLDEN GATE CRANE & RIGGING, INC., | **ORDER VACATING APRIL 25, 2012 JUDGMENT DEBTOR EXAMINATION** |
| Defendant. | |

KEN WALTERS, et al.,

    Plaintiffs,

v.

GOLDEN GATE CRANE & RIGGING, INC., ROBERT NEWBERRY, SUE NEWBERRY, et al.

    Defendants.

    The court is in receipt of Plaintiffs' February 7, 2012 letter. [Docket No. 156 (Case No. 06-1906); Docket No. 118 (Case No. 06-5396).] Pursuant to Plaintiffs' request, the April 25, 2012 debtor's examinations of Robert Newberry, as an officer of Judgment Debtor Golden Gate Crane & Rigging and in his personal capacity, are VACATED.

Immediately upon receipt of this Order, Plaintiffs shall serve a copy of this Order on Defendants and shall e-file a proof of service on the same day that service is effected.

IT IS SO ORDERED.

Dated: February 8, 2012



DONNA M. RYU
United States Magistrate Judge

United States District Court
For the Northern District of California

2